UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MARTINEZ,<br><br>             Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. CV 16-7701-JPR<br><br>**JUDGMENT** |

    For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is entered in the Plaintiff's favor.

DATED: 10/06/2017

<u>JEAN ROSENBLUTH</u>
JEAN ROSENBLUTH
U.S. Magistrate Judge